JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE I. SONORA,<br><br>                     Plaintiff,<br><br>          v.<br><br>UNKNOWN,<br><br>                     Defendant. | Case No. 2:20-cv-11768-AB-JC<br><br>JUDGMENT |

     In accordance with the Order Dismissing Action without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

     IT IS SO ADJUDGED.

DATED:  February 25, 2021

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE